Decided April 7, 2004

STATE OF CONNECTICUT *v.* LUIS ROSARIO

*William F. Gallagher, Hugh D. Hughes* and *Joseph G. Walsh,* in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided April 13, 2004

STATE OF CONNECTICUT *v.* LEON GREENE

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 492 (AC 22703), is denied.

*Sheila A. Huddleston,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided April 13, 2004

JOHN DEMORAIS ET AL. *v.* JOSEPH
WISNIOWSKI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 81 Conn. App. 595 (AC 23303), is denied.